UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 AUG -1  PM 4: 01

CLERK
BY ___EH___
DEPUTY CLERK

JANE DOE,

    Plaintiff,

v.

VERMONT LAW SCHOOL, ET AL.,

    Defendants.

Case No. 2:22-cv-85

**ENTRY ORDER RE: SERVICE OF PROCESS**

On April 19, 2022, Plaintiff Jane Doe filed a Verified Complaint against Defendants Vermont Law School, Shirley Jefferson, Heidi Remick, Joseph Brennan, Beth McCormack, Jessica Durkis-Stokes, Maureen Moriarty, Ashley Zia, Cynthia W. Lewis, Stephanie Willbanks, and Does 1 through 25. As of today's date, Plaintiff has not filed proof of service of the Summons and Complaint.

Pursuant to Fed. R. Civ. P. 4(m), failure to file a proof of service may be fatal to a claim because "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

IT IS HEREBY ORDERED that on or before August 22, 2022, Plaintiff shall provide the court with proof of service of the Summons and Complaint. **FAILURE TO DO SO SHALL RESULT IN THE DISMISSAL OF THIS CASE.**

Dated at Burlington, in the District of Vermont, this 1st day of August, 2022.

Christina Reiss, District Judge
United States District Court